**210B (12/09**)

# United States Bankruptcy Court

Northern District of Texas
Case No. 11-70489-hdh13
Chapter 13

In re: Debtor(s) (including Name and Address)

Billy Ray Castle
1822 Ardath
Wichita Falls TX 76301

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/22/2013.

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Capital One, N.A, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712 | eCAST Settlement Corporation<br>CO Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ  85712 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/25/13

Tawana C. Marshall
CLERK OF COURT

United States Bankruptcy Court
Northern District of Texas

In re:  
Billy Ray Castle  
    Debtor

Case No. 11-70489-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7        User: cecker              Page 1 of 2                      Date Rcvd: Apr 23, 2013
                       Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2013.
14979890      +Capital One, N.A,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,     Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**            **Signature:**    _Joseph Speetjens_

```
District/off: 0539-7           User: cecker                Page 2 of 2                  Date Rcvd: Apr 23, 2013
                               Form ID: trc                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
              Jeffrey Michael Fleming    on behalf of Creditor   Wells Fargo Bank, N.A. ndecf@BDFGROUP.com
              Leah Jacqueline Frazier    on behalf of Creditor   Wells Fargo Bank, N.A. ndecf@bdfgroup.com
              Monte J. White    on behalf of Debtor Billy Ray Castle legal@montejwhite.com,
               pamela@montejwhite.com
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Steve P. Turner    on behalf of Creditor   Wells Fargo Bank, N.A. ndecf@BDFGROUP.com,
               marshak@BDFGroup.com,brettp@BDFGroup.com
              UST  U.S. Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,   ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 8
```