Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
BILLY RAY CASTLE

CASE NO.: 11-70489-HDH-13
DATED: November 01, 2013

DEBTOR(S)

**TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT**

    The Standing Chapter 13 Trustee, hereby certifies that the Trustee has received and disbursed the final Chapter 13 plan payment required by the Order Confirming Chapter 13 Plan or any subsequent superseding order entered thereafter in the above number case.  If the Debtor is eligible for discharge, the Debtor must file within twenty-one (21) days hereof the Debtor's Certification and Motion for entry of Chapter 13 Discharge pursuant to 11 U.S.C. 1328(a).

 _X_  If applicable Certification is made by the Debtor, the Trustee notes that the above-named Debtor appears to be eligible for Chapter 13 Discharge.

 ___  Trustee notes that the above-named Debtor may NOT be eligible for Chapter 13 Discharge.

   Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief in the above-numbered case, or

   Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 13 of this title during the 2-year period preceding the date of the order for relief in the above-numbered case, and/or

   Pursuant to 11 U.S.C. 1328(g)(1) subsequent to the filing of the petition in the above-numbered case, Debtor may have not completed an instructional course concerning personal financial management described in 11 U.S.C. 111.

Dated:   November 01, 2013

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

**Certificate of Service**

I hereby certify that a true copy of the foregoing TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on November 01, 2013.

BILLY RAY CASTLE 1822 ARDATH  WICHITA FALLS TX 76301
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
BARRETT DAFFIN FRAPPIER TURNER & ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
HSBC BANK NEVADA NA - FURNITURE ROW BASS & ASSOCIATES PC 3936 E FT LOWELL SUITE 200 TUSCON AZ 85712
GE CAPITAL RETAIL BANK C/O RECOVERY MGM SYS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131

Dated:   November 01, 2013

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee