Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                          §
                                                §
Billy Ray Castle                                § CASE NO. 11-70489-HdH-13
                                                §
DEBTOR                                          §

### MOTION TO REOPEN CLOSED CASE

NOW COMES Billy Ray Castle, DEBTORS, and requests an Order Pursuant to 11 USC 350(b) reopening the above referenced Chapter 13 case and would show the Court the following:

1. Debtor filed their voluntary Chapter 13 bankruptcy petition on July 10, 2008.
2. The case was closed without a discharge on November 25, 2013.
3. Debtor wishes to reopen case in order to file the Debtor's Certification and Motion for Entry of Chapter 13 Discharge.
4. Debtor requests that Walter O'Cheskey, Chapter 13 Trustee be reassigned to this case.

FOR THESE REASONS, Debtor requests an Order Reopening this case, reappointing Walter O'Cheskey as Chapter 13 Trustee and for such other and further relief as is just.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor(s)

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on November 26, 2013, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

☑ does not oppose the motion

☐ opposes the continuation and requests hearing on the matter.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor

```
Label Matrix for local noticing            United States Trustee                      1100 Commerce Street
0539-7                                     1100 Commerce Street                       Room 1254
Case 11-70489-hdh13                        Room 976                                   Dallas, TX 75242-1305
Northern District of Texas                 Dallas, TX 75242-0996
Wichita Falls
Mon Dec  2 12:05:15 CST 2013

Bank Of America                            Capital One, N.A                           Capital One, N.A.
Po Box 17054                               Bass & Associates, P.C.                    Bass & Associates, P.C.
Wilmington, DE 19850-7054                  3936 E. Ft. Lowell Rd., Suite 200          3936 E. Ft. Lowell Road, Suite No. 200
                                           Tucson, AZ 85712-1083                      Tucson, AZ 85712-1097


City of WF, WFISD, Wichita Co              (p)BANK OF AMERICA                         HSBC Bank Nevada, N.A.
CO Harold Lerew                            PO BOX 982238                              Bass & Associates, P.C.
P.O. Box 8188                              EL PASO TX 79998-2238                      3936 E. Ft. Lowell Road, Suite No. 200
Wichita Falls, Texas 76307-8188                                                       Tucson, AZ 85712-1097


HSBC Furniture Row                         (p)INTERNAL REVENUE SERVICE                North Texas Cardiology Center
HSBC Card Services                         CENTRALIZED INSOLVENCY OPERATIONS          2101 9th Street
PO Box 5264                                PO BOX 7346                                Wichita Falls, TX 76301-4133
Carol Stream, IL 60197-5264                PHILADELPHIA PA 19101-7346


Recovery Management Systems Corporation    Recovery Management Systems Corporation    Seneca Trustees, Inc
25 SE 2nd Ave. Ste. 1120                   25 S.E. 2nd Avenue, Suite 1120             6108 Mid Atlantic Dr
Miami, FL 33131-1605                       Miami, FL 33131-1605                       Morgantown, WV 26508-4294


Sheriff of Hampshire County                (p)SPRINGLEAF FINANCIAL SERVICES           United Regional
Hampshire County Tax Assessor              P O BOX 3251                               1600 11th Street
66 North High St., Room 2                  EVANSVILLE IN 47731-3251                   Wichita Falls, TX 76301-4388
Romney, WV 26757-1600


WICHITA FALLS CITY, ISD & WICHITA CO       Wells Fargo Bank, N.A.                     (p)WELLS FARGO BANK NA
CO PERDUE BRANDON FIELDER COLLINS &  MO    CO BDFTE, LLP                              WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
PO BOX 8188                                15000 Surveyor Blvd Suite 100              ATTN BANKRUPTCY DEPT MAC X7801-014
WICHITA FALLS TX 76307-8188                Addison, TX 75001-4417                     3476 STATEVIEW BLVD
                                                                                      FORT MILL SC 29715-7203


eCAST Settlement Corporation               Billy Ray Castle                           Monte J. White
CO Bass & Associates, P.C.                 1822 Ardath                                Monte J. White & Associates, P.C.
3936 E Ft. Lowell, Suite 200               Wichita Falls, TX 76301-6002               1106 Brook Avenue
TUCSON, AZ 85712-1083                                                                 Hamilton Place
                                                                                      Wichita Falls, TX 76301-5009


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Springleaf Financial S<br>2810 Valley Ave<br>Winchester, VA 22601 |

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite No. 200<br>Tucson, AZ 85712-1097 | (u)Wells Fargo Bank, N.A. | (d)eCAST Settlement Corporation<br>CO Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 |

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27