

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2013**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

| | | |
|---|---|---|
| Billy Ray Castle | § § § | CASE NO. 11-70489-HdH-13 |
| DEBTOR | § | |

ORDER ON MOTION TO REOPEN CLOSED CASE

On this day came on to be heard/considered Debtor's Motion to Reopen Closed Chapter 13 Case pursuant to 11 USC 350(b). After reviewing the pleadings and/or arguments of counsel, the Court finds the case should be reopened.

IT IS ORDERED, DECREED AND ADJUDGED, that the Chapter 13 Case is reopened for a limited purpose;

IT IS FURTHER ORDERED that the Debtor shall have seven (7) days after the entry of this Order within which to file a Debtor's Certification and Motion for Entry of discharge

IT IS FURTHER ORDERED that if the Certificate is not timely filed as provided above, the Court Clerk shall re-close this case without the entry of an Order of Discharge;

IT IS FURTHER ORDERED that if the Certificate is timely filed as provided above, the Court clerk shall enter it on the docket and shall thereafter issue an Order of Discharge. The case shall also be re-closed after fourteen (14) days.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com