Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  §
Billy Ray Castle  §
 § CASE NO.: 11-70489-HdH-13
 §
Debtor

DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF
CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.  I have made all payments required by my confirmed chapter 13 plan.

/s/Billy Ray Castle
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

### NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing          United States Trustee                   1100 Commerce Street
0539-7                                   1100 Commerce Street                    Room 1254
Case 11-70489-hdh13                      Room 976                                Dallas, TX 75242-1305
Northern District of Texas               Dallas, TX 75242-0996
Wichita Falls
Tue Nov 26 16:45:19 CST 2013

Bank Of America                          Capital One, N.A                        Capital One, N.A.
Po Box 17054                             Bass & Associates, P.C.                 Bass & Associates, P.C.
Wilmington, DE 19850-7054                3936 E. Ft. Lowell Rd., Suite 200       3936 E. Ft. Lowell Road, Suite No. 200
                                         Tucson, AZ 85712-1083                   Tucson, AZ 85712-1097


City of WF, WFISD, Wichita Co            (p)BANK OF AMERICA                      HSBC Bank Nevada, N.A.
CO Harold Lerew                          PO BOX 982238                           Bass & Associates, P.C.
P.O. Box 8188                            EL PASO TX 79998-2238                   3936 E. Ft. Lowell Road, Suite No. 200
Wichita Falls, Texas 76307-8188                                                  Tucson, AZ 85712-1097



HSBC Furniture Row                       (p)INTERNAL REVENUE SERVICE             North Texas Cardiology Center
HSBC Card Services                       CENTRALIZED INSOLVENCY OPERATIONS       2101 9th Street
PO Box 5264                              PO BOX 7346                             Wichita Falls, TX 76301-4133
Carol Stream, IL 60197-5264              PHILADELPHIA PA 19101-7346


Recovery Management Systems Corporation  Recovery Management Systems Corporation Seneca Trustees, Inc
25 SE 2nd Ave. Ste. 1120                 25 S.E. 2nd Avenue, Suite 1120          6108 Mid Atlantic Dr
Miami, FL 33131-1605                     Miami, FL 33131-1605                    Morgantown, WV 26508-4294



Sheriff of Hampshire County              (p)SPRINGLEAF FINANCIAL SERVICES        United Regional
Hampshire County Tax Assessor            P O BOX 3251                            1600 11th Street
66 North High St., Room 2                EVANSVILLE IN 47731-3251                Wichita Falls, TX 76301-4388
Romney, WV 26757-1600



WICHITA FALLS CITY, ISD & WICHITA CO     Wells Fargo Bank, N.A.                  (p)WELLS FARGO BANK NA
CO PERDUE BRANDON FIELDER COLLINS & MO   CO BDFTE, LLP                           WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
PO BOX 8188                              15000 Surveyor Blvd Suite 100           ATTN BANKRUPTCY DEPT MAC X7801-014
WICHITA FALLS TX 76307-8188              Addison, TX 75001-4417                  3476 STATEVIEW BLVD
                                                                                 FORT MILL SC 29715-7203


eCAST Settlement Corporation             Billy Ray Castle                        Monte J. White
CO Bass & Associates, P.C.               1822 Ardath                             Monte J. White & Associates, P.C.
3936 E Ft. Lowell, Suite 200             Wichita Falls, TX 76301-6002            1106 Brook Avenue
TUCSON, AZ 85712-1083                                                            Hamilton Place
                                                                                 Wichita Falls, TX 76301-5009


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Springleaf Financial S
2810 Valley Ave
Winchester, VA 22601

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite No. 200
Tucson, AZ 85712-1097

(u)Wells Fargo Bank, N.A.

(d)eCAST Settlement Corporation
CO Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27